THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v Uzo Uzo, Appellant. [890 NYS2d 887]

Concur—Friedman, J.P., Sweeny, Freedman and Abdus-Salaam, JJ.